# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUNIGAN, | No. 2:08-cv-01371 LKK GGH |
| Petitioner, | |
| v. | ORDER |
| SUPERIOR COURT OF SACRAMENTO COUNTY, PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondents. | |

This petition for writ of habeas corpus was denied on August 21, 2008 and judgment entered accordingly. ECF Nos. 12, 13. On October 5, 2016, Petitioner filed a First Amended Petition for Writ of Error Coram Nobis, ECF No. 31, a Motion to Abate Plea Bargain, ECF No. 32, and a Motion Requesting Universal Christ Kingdom Citizenship and Militia Induction Outline, ECF No. 33. None of these filings appear to be within the contemplation of the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, these documents will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: October 12, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/Duni.1371.noaction.amm