UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUNIGAN,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF SACRAMENTO COUNTY, PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondents. | No. 2: 08-cv-01371 LKK GGH<br><br><br><u>ORDER</u> |

    Petitioner's petition for a writ of habeas corpus was denied on August 21, 2008 and judgment was entered accordingly. ECF Nos. 12, 13. On October 5, 2016, Petitioner filed a First Amended Petition for Writ of Error Coram Nobis, ECF No. 31, a Motion to Abate Plea Bargain, ECF No.32, and a Motion Requesting Universal Christ Kingdom Citizenship and Militia Induction Outline, ECF No. 33. None of those filings was found to be within the contemplation of the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases and they were, therefore, placed in the file and disregarded. ECF No. 34.

    On October 24, 2016 petition filed an additional document entitled "Sovereign Corporate Inception Exercise Coram Nobis Addendum. ECF No. 35. As with petitioner's earlier, post-judgment filings, no authority is found in either the Federal Rules or Civil Procedure or the

1

Federal Rules Governing § 2254 cases that would apply to this filing.  The filing will also be placed in the file and disregarded.

      IT IS SO ORDERED.

Dated: October 31, 2016

                                     /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE